IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE :      NICOLE L. MMORE    :    CHAPTER 13

        DEBTOR             :    BKY. NO. 18-13810

## CERTIFICATE OF NO TAX RETURN

The Debtor did not have to file tax returns.

    /s/Jon M. Adelstein
Jon M. Adelstein, Esquire
Attorney for Debtor
**Adelstein & Kaliner, LLC**
350 S. Main Street – Suite 105
Doylestown, PA 18901
(215) 230-4250