# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 18-13810-AMC

NICOLE L MOORE

39 INDIAN RED ROAD

LEVITTOWN, PA 19057

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    NICOLE L MOORE

    39 INDIAN RED ROAD

    LEVITTOWN, PA 19057

Counsel for debtor(s), by electronic notice only.

    JON M ADELSTEIN ESQ
    350 S MAIN ST, SUITE 105

    DOYLESTOWN, PA 18901-

Date: 9/11/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee