# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                              Chapter 13

                              Bankruptcy No. 18-13810-AMC

NICOLE L MOORE

39 INDIAN RED ROAD

LEVITTOWN, PA 19057

        Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
NICOLE L MOORE

39 INDIAN RED ROAD

LEVITTOWN, PA 19057

**Counsel for debtor(s), by electronic notice only.**
JON M ADELSTEIN ESQ
350 S MAIN ST, SUITE 105

DOYLESTOWN, PA 18901-

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

                              /s/ William C. Miller

Date: 9/14/2018

                           _____
                           William C. Miller, Esquire
                           Chapter 13 Standing Trustee