### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Nicole L. Moore aka Nicole L. Staffieri<br>            Debtor(s) | CHAPTER 13 |
| MIDFIRST BANK<br>            Movant<br>    vs.<br>Nicole L. Moore aka Nicole L. Staffieri<br>            Debtor(s) | NO. 18-13810 AMC |
| William C. Miller Esq.<br>            Trustee | 11 U.S.C. Sections 362 |

### ORDER

AND NOW, this 12th day of December, 2018 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 39 Indian Red Road, Levittown, PA 19057 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
United States Bankruptcy Judge.

**Date: December 12, 2018**

Nicole L. Moore aka Nicole L. Staffieri
39 Indian Red Road
Levittown, PA 19057

Jon M. Adelstein Esq.
350 South Main Street (VIA ECF)
Suite 105
Doylestown, PA 18901

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532