United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 18-13810-amc
Nicole L. Moore                                                        Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore         Page 1 of 1           Date Rcvd: Dec 13, 2018
                              Form ID: pdf900         Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2018.
```
db             +Nicole L. Moore,    39 Indian Red Rd.,    Levittown, PA 19057-2321
14179966        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14119231       +Credit Bureau Dispute Resoloution,    PO Box 14517,    Des Moines, IA 50306-3517
14119232        Federal Loan Servicing,    PO Box 60610,    Harrisburg, PA 17106-0610
14179776       +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
14119235        Midland Mortgage,    PO Box 26648,    Oklahoma City, OK 73126-0648
14236930        U.S. Department of Education,    C/O FedLoan Servicing,    P.O. Box 69184,
                 Harrisburg PA 17106-9184
14119237       +Wells Fargo Bank,    P. O. Box 14517,    Des Moines, IA 50306-3517
14180416        eCAST Settlement Corporation,    PO Box 29262,    New York NY 10087-9262
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Dec 14 2018 03:12:38      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 14 2018 03:11:41      Pennsylvania Department of Revenue,
                 Bankruptcy Division,    P.O. Box 280946,    Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 14 2018 03:12:17      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14119229       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 14 2018 03:11:14      Comenity Bank / Hottopic,
                 PO Box 182789,    Columbus, OH 43218-2789
14119230       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 14 2018 03:11:14      Comenity Bank Lane Bryant,
                 PO Box 182789,    Columbus, OH 43218-2789
14119234        E-mail/Text: bnckohlsnotices@becket-lee.com Dec 14 2018 03:11:00      Kohl's/Capital One,
                 PO Box 3115,    Milwaukee, WI 53201-3115
14182670        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 14 2018 03:14:15
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14120020       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 14 2018 03:13:27
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14120028       +E-mail/PDF: gecsedi@recoverycorp.com Dec 14 2018 03:14:23      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14119236       +E-mail/PDF: gecsedi@recoverycorp.com Dec 14 2018 03:14:15      Synchrony Bank/JCP,
                 4125 Windward Plaza,    Alpharetta, GA 30005-8738
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14119233        Kenneth Moore
cr*            +Synchrony Bank,    c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2018 at the address(es) listed below:
```
              JON M. ADELSTEIN    on behalf of Debtor Nicole L. Moore jadelstein@adelsteinkaliner.com,
               jsbamford@adelsteinkaliner.com
              KEVIN G. MCDONALD    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 4
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NICOLE L MOORE                             Chapter 13

                      Debtor              Bankruptcy No. 18-13810-AMC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this __12th__ day of __December__, 2018, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JON M ADELSTEIN ESQ
350 S MAIN ST, SUITE 105

DOYLESTOWN, PA 18901-

Debtor:
NICOLE L MOORE

39 INDIAN RED ROAD

LEVITTOWN, PA 19057